Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank Gregory Casella (SBN 301494)
fcasella@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM SHELBY,<br><br>Plaintiff,<br><br>vs.<br><br>TUFAMERICA, INC.,<br><br>Defendants. | Case No.: CV15-5073-MMM-JEM<br>*Hon. Margaret M. Morrow Presiding*<br><br>**RESPONSE TO ORDER TO SHOW CAUSE** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff respectfully submits this response to the Court's September 22, 2015 Order to Show Cause ("Order"). In the Order, the Court requests Plaintiff to show cause for lack of prosecution against Defendant Tufamerica, Inc. Plaintiff responds as follows:

1

Plaintiff has been in contact with Kelly Talcott, counsel for Defendant Tufamerica, Inc. The parties have been engaging in discussions to amicably resolve the case, and Tufamerica has agreed to provide a sworn declaration as part of that resolution. So owing, Plaintiff respectfully requests a three week extension of time to respond to the Court's Order.

If the case has not been dismissed by Plaintiff or if Tufamerica fails to file an answer by October 19, 2015, Plaintiff will request that the clerk enter default. In the alternative, if the Court chooses to dismiss this action, Plaintiff respectfully requests that it do so without prejudice.

Respectfully submitted,

Dated: September 28, 2015      By: /s/ Frank Gregory Casella
                                    Stephen M. Doniger, Esq.
                                    Frank Gregory Casella, Esq.
                                    DONIGER / BURROUGHS
                                    Attorneys for Plaintiff