Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank Gregory Casella (SBN 301494)
fcasella@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM SHELBY, | Case No.: CV15-5073-MMM-JEM |
| | _Hon. Margaret M. Morrow Presiding_ |
| Plaintiff, | **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT TUFAMERICA, INC., A NEW YORK CORPORATION; DECLARATION OF FRANK GREGORY CASELLA, ESQ. IN SUPPORT THEREOF** |
| vs. | |
| TUFAMERICA, INC., | |
| Defendants. | |

ATTENTION CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff  Kim Shelby hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Tufamerica, Inc., a New York Corporation ("Tufamerica") on the grounds that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff served the operative Complaint and Summons on TUFAMERICA on August 12, 2015, as evidenced by the Proof of Service filed with the United States District Court Central District on August 24, 2015 (Dkt. 10). To date, no

response to the operative Complaint has been filed by Tufamerica, and the time for filing this response has now expired.

The Court issued an Order to Show Cause re Lack of Prosecution ("OSC") on September 22, 2015 (Dkt. 11). In response, Plaintiff requested that the Court grant Plaintiff additional time to respond to the OSC in anticipation of the fruition of settlement discussions that would have resolved this action (Dkt. 12). The Court granted Plaintiff's request and continued the deadline to respond to the OSC to October 19, 2015.

The parties have not yet been able to resolve this matter, and as the time for Defendant's response to the Complaint has come due, Plaintiff requests that the Clerk enter a default against Defendant Tufamerica, Inc. Plaintiff notified counsel for Tufamerica on October 16, 2015 that Plaintiff would be seeking default should Tufamerica not confirm that it would be filing a response. As of the time of this filing, counsel for Tufamerica has not so confirmed. So owing, Plaintiff seeks this default.

The above-stated facts are set forth in the accompanying Declaration of Frank Gregory Casella, Esq., which is filed concurrently herewith.


Dated:  October 19, 2015                    DONIGER / BURROUGHS


                                   By: /s/ Frank Gregory Casella
                                       Frank Gregory Casella, Esq.
                                       Attorneys for Plaintiff

## DECLARATION OF FRANK GREGORY CASELLA, ESQ.
## IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Frank Gregory Casella, Esq., do declare and say as follows: I am above eighteen (18) years of age and not a party to this action.  I am currently an attorney with Doniger / Burroughs, which represents Plaintiff Kim Shelby in this action and if called upon could and would competently testify to the following:

1.      Plaintiff has filed an action entitled *Kim Shelby v. Tufamerica, Inc.; et al.* Case No.: CV15-05073-MMM-JEM.

2.      Tufamerica, Inc., a New York Corporation, is and was a named Defendant in the above-stated action.

3.      My firm caused to have served the operative Complaint and Summons in the above-named action on Tufamerica on August 12, 2015, as evidenced by the Proof of Service filed with the United States District Court Central District on August 24, 2015 (Dkt. 10).

4.      Tufamerica has failed to file or serve a response to the operative Complaint and the time period in which was required to serve its response to the Complaint has expired.

5.      The Court issued an Order to Show Cause re Lack of Prosecution on September 22, 2015 (Dkt. 11).

6.      Plaintiff requested that the Court grant Plaintiff additional time to respond to the OSC in anticipation of the fruition of settlement discussions that would have resolved this action (Dkt. 12).

7.      Plaintiff notified counsel for Tufamerica on October 16, 2015 that Plaintiff would be seeking default should Tufamerica not confirm that it would be filing a response. As of the time of this filing, counsel for Tufamerica has not so confirmed. So owing, Plaintiff seeks this default.

I solemnly swear and declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed in Venice, California on October 19, 2015.


By: /s/ Frank Gregory Casella
Frank Gregory Casella, Esq.
Declarant