JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| KIM SHELBY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TUFAMERICA, INC.<br><br>　　　　　Defendant. | Case No. CV 15-5073 AG (JEMx)<br><br>**JUDGMENT** |

The Court enters judgment in favor of Defendant and against Plaintiff.

Dated September 14, 2016

　　　　　　　　　　　　　　　　　　　Hon. Andrew J. Guilford
　　　　　　　　　　　　　　　　　　　United States District Judge

JUDGMENT